### Gene M. MUNSON, Plaintiff—Appellant,

v.

### Donald L. EVANS, Secretary, U.S. Department of Commerce; United States Patent & Trademark Office, Defendants—Appellees.

#### No. 04–2477.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 24, 2005.

Decided: March 4, 2005.

Gene M. Munson, Appellant pro se.

Richard Parker, Rachel Celia Ballow, Office of the United States Attorney, Alexandria, Virginia, for Appellees.

Before NIEMEYER, WILLIAMS, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Gene M. Munson appeals the district court's order granting summary judgment in favor of the Appellees in his employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Munson v. Evans,* No. CA–04–181 (E.D.Va. Sept. 27, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*